JUN 17 2026 AM10:09
FILED-USDC-NDTX-FW



# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

___Fort Worth_______ Division

LEI BARR

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Joanna Lou

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 4-26CV-746-0
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lei Barr |
| Street Address | 10408 Misty Redwood Trail |
| City and County | Fort Worth |
| State and Zip Code | TX |
| Telephone Number | 3213337260 |
| E-mail Address | lei.barr@icloud.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Joanna Lou |
| Job or Title *(if known)* | Global Head, Anti-Money Laundering Sanctions Design, Tuning & Optimization |
| Street Address | MUFG, 1251 Avenue of the Americas |
| City and County | New York |
| State and Zip Code | NY, 10020-1104 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Mitsubishi UFJ Financial Group Inc |
| Street Address | 1251 Avenue of the Americas |
| City and County | New York |
| State and Zip Code | NY, 10020-1104 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- [x] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [x] Relevant state law
- [x] Relevant city or county law

## III. Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:

Finance, banking

B. Dates of employment:

3/28/2022 - 11/17/2025

C. Employee's job title and a description of the kind of work done:

Global Financial Crimes Analytics Transaction Monitoring, Assistant Vice President
Responsible for assisting the Financial Crimes Managers design, tune and optimize transaction monitoring functions related to the Bank Secrecy Act, Anti-Money Laundering and the Office of Foreign Assets Control (BSA/AML/OFAC).

D. Rate, method, and frequency of wage payment:

$115,000 Annually,Direct Deposit, Biweekly

E. Number of hours actually worked each week in which a violation is claimed:

40 hrs

F. Description of the alleged violation(s) *(check all that apply)*:

☐ Failure to pay the minimum wage *(explain)*

☐ Failure to pay required overtime *(explain)*

☑ Other violation(s) *(explain)*

I sue my manager Joanna Lou for defamation. She made false, damaging statements about me, and those statements lack truth and cause emotional trauma and loss of employment. See Exhibit A for her original wording and Exhibit B for Labor code of Texas for defamation.

G. Date(s) of the alleged violation(s):

November 2025 to date

H. Additional facts:

The respondant contacted me via Team app on the morning of Nov 17th. I fully met the return to office requirement. I request MUFG IT submit my record of returning office history along with the Team App and Outlook email activities on Nov 17th.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Restore my employment immediately.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/16/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Lei Barr

### B. For Attorneys

Date of signing: ________

Signature of Attorney ________

Printed Name of Attorney ________

Bar Number ________

Name of Law Firm ______________________

Street Address ______________________

State and Zip Code ______________________

Telephone Number ______________________

E-mail Address ______________________



Print Save As... Add Attachment Reset

**From:** **Joanna Lou** JLou@us.mufg.jp
**Subject:** Lei Barr - Employment Termination
**Date:** November 17, 2025 at 2:37 PM
**To:** Lei Barr LBarr@us.mufg.jp, lei.barr@icloud.com
**Cc:** Renee Jackson RJackson@us.mufg.jp

JL

Hi Lei,

I hope this email finds you well. We attempted to speak with you earlier today, but unfortunately, we did not receive a response to our questions. I have made several attempts to contact you through Teams, email, and your cell phone without success.

Due to these circumstances, I have made the decision to terminate your employment. This decision is based on your failure to meet the return-to-office expectations, as well as issues of dishonesty and insubordination.

If you are currently enrolled in insurance through the company, you will continue to have coverage until the end of this month. I have attached the Separation Guide, which provides detailed information on how your benefits will transition following your termination.

You will get an email from ITAM to your personal email address that will provide you with information on how to return the company laptop. You can log off immediately.

Should you have any questions or need further assistance, please feel free to reach out to either myself or Renee.

Regards,
Joanna Lou

---

This email is confidential, and your receipt of it is subject to the recipient terms appearing at: https://www.mufgamericas.com/emailrecipientterms . If you have received this email in error, please inform us by email reply and then delete the message. Any use of this email inconsistent with those terms is strictly prohibited. Additionally, for information on cybersecurity

and Corporate & Investment Banking, please click here.

**Employee Separation Guide_2025-May.pdf**

Exhibit A

**Sec. 301.073. SELF-INCRIMINATION.** (a) In any cause or proceeding before the commission, a person is not excused from attending and testifying, from producing books, papers, correspondence, memoranda, and other records, or from obeying a subpoena of the commission, a member of the commission, or a representative of the commission on the ground that the testimony or evidence, documentary or otherwise, may tend to incriminate the person or subject the person to a penalty or forfeiture.

(b) A person may not be prosecuted or subjected to penalty or forfeiture for or because of a transaction or thing for which the person is compelled to testify or produce evidence after having claimed a privilege against self-incrimination except for perjury.

Acts 1993, 73rd Leg., ch. 269, Sec. 1, eff. Sept. 1, 1993. Renumbered from Labor Code Sec. 202.073 by Acts 1995, 74th Leg., ch. 655, Sec. 11.02(b), eff. Sept. 1, 1995.

**Sec. 301.074. DEFAMATION.** An oral or written statement made to the commission or to an employee of the commission in connection with the discharge of the commission's or the employee's duties under Subtitle A may not be the basis for an action for defamation of character.

Acts 1993, 73rd Leg., ch. 269, Sec. 1, eff. Sept. 1, 1993. Renumbered from Labor Code Sec. 202.074 and amended by Acts 1995, 74th Leg., ch. 655, Sec. 11.02(b), eff. Sept. 1, 1995.

**SUBCHAPTER F. RECORDS**

**Sec. 301.081. EMPLOYEE RECORDS OF EMPLOYING UNIT; OFFENSE; PENALTY.** (a) Each employing unit shall keep employment records containing information as prescribed by the commission and as necessary for the proper administration of this title. The records are open to inspection and may be copied by the commission or an authorized representative of the commission at any reasonable time and as often as necessary.

(b) The commission may require from an employing unit sworn or

Exhibit B.