UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEI BARR,
Plaintiff,

-v-

JOANNA LOU,
Defendant.

26-CV-6438 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff Lei Barr, proceeding *pro se*, brings this action against Defendant Joanna Lou, asserting claims for violations of the Fair Labor Standards Act and for common-law defamation. (*See generally* ECF No. 1.) On July 28, 2026, this action was transferred from the Northern District of Texas to this District, the Southern District of New York. (*See* ECF No. 7.)

On July 29, 2026, the Court issued an Order of Service, in which the Court directed Barr "to serve the summons and complaint on Defendant within 90 days of the issuance of the summons." (ECF No. 10 at 1.) The Order of Service warned Barr that failure to comply with the 90-day deadline could result in the Court dismissing her claims for failure to prosecute. (*See id.*) The Clerk of Court issued the summons as to Lou on August 4, 2026, which means Barr was required to serve the complaint and summons on Lou by November 2, 2026. As of today, November 10, 2026, no such service is reflected on the docket.

Additionally, on July 29, 2026, the Court issued a Rule 16 Order, which scheduled an initial pretrial conference for November 16, 2026, at 11:00am. (ECF No. 11 at 1.) The Rule 16 Order required the parties to file a proposed case management plan seven calendar days before the initial pretrial conference, or November 9, 2026. (*Id.*) Additionally, the Rule 16 Order required Plaintiff to "provide a copy of this Order to Defendants and/or their counsel." (*Id.* at 4.)

As of today, November 10, 2026, no such proposed case management plan has been filed on the docket, and no counsel has appeared for Lou.

Because Plaintiff proceeds *pro se*, the Court extends the deadline for Barr to serve the summons and complaint on Lou to November 24, 2026. The Court also reschedules the initial pretrial conference to December 4, 2026, at 11:00am. The Court reminds the parties that they must file the proposed case management plan one week before the initial pretrial conference, or November 27, 2026. Finally, the Court again warns Barr that failure to comply with these deadlines—or, at the very least, request an extension to court-ordered deadlines—will result in the dismissal of her claims for failure to prosecute under Federal Rules of Civil Procedure 4 and 41. Absent good cause and exceptional circumstances, no further extensions will be granted.

SO ORDERED.

Dated: November 10, 2026
New York, New York

J. PAUL OETKEN
United States District Judge